# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 03/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NEW YORK STATE RETIREMENT SYSTEM (DEFINED BENEFIT PENSION PLAN) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | NEW YORK STATE RETIREMENT SYSTEM | $33,339.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ATTORNEY (SELF-EMPLOYED) |
| 2. 2018 | BROWN, GRUTTADARO, GAUJEAN & PRATO, PLLC (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | M | T | | | | | |
| 2. ACCOUNT # 1 (H) | | | | | | | | | |
| 3. MORGAN STANLEY PRIVATE BANK NA (CASH) | A | Interest | J | T | | | | | |
| 4. ADIDAS AG (ADDYY) (X) | A | Dividend | J | T | | | | | |
| 5. ADIENT PLC COM (ADNT) (Y) | | | | | | | | | |
| 6. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 7. AFLAC INCORPORATED (AFL) | A | Dividend | J | T | | | | | |
| 8. AIA GROUP LTD (AAGIY) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 9. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 10. ALEXION PHARM INC (ALXN) | | None | | | Sold | 12/19/18 | J | | |
| 11. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | | | | | |
| 12. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 13. | | | | | Sold (part) | 12/19/18 | J | | |
| 14. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 15. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 16. AMADEUS IT GROUP S.A ADR (AMADY) | A | Dividend | J | T | | | | | |
| 17. AMAZON COM INC (AMZN) | | None | J | T | Sold (part) | 03/07/18 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMCOR LIMITED ADR NEW (AMCRY) (Y) | | | | | | | | | |
| 19. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 20. ANADARKO PETROLEUM CORP. (APC) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 21. | | | | | Sold (part) | 12/19/18 | J | | |
| 22. ANHEUSER-BUSCH INBEV SPONS (BUD) (Y) | | | | | | | | | |
| 23. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 24. ASML HLDG NV NEW YORK REG (ASML) | A | Dividend | J | T | Sold (part) | 08/10/18 | J | B | |
| 25. ASOS PLC SPON ADR (ASOMY) (Y) | | | | | | | | | |
| 26. ATLAS COPCO AB SP ADR B SP ADR (ATLCY) (Y) | | | | | | | | | |
| 27. AUTODESK INC (ADSK) | | None | J | T | Sold (part) | 10/19/18 | J | B | |
| 28. BAIDU INC (BIDU) (X) (Y) | | | | | | | | | |
| 29. BIOGEN INC COM (BIIB) | | None | J | T | | | | | |
| 30. BIOMARIN PHARMAC SE (BMRN) (X) (Y) | | | | | | | | | |
| 31. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |
| 32. BROADCOM CORP (AVGO) | A | Dividend | J | T | | | | | |
| 33. BURBERRY GROUP PLC SPONS ADR (BURBY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 34. CATERPILLAR INC (CAT) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CDN PACIFIC RY LTD NEW (CP) | A | Dividend | J | T | | | | | |
| 36. CELGENE CORP (CELG) | | None | J | T | | | | | |
| 37. CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 38. CHECK POINT SOFTWARE TECH LTD (CHKP) | | None | J | T | | | | | |
| 39. CHIPOTLE MEXICAN GRILL (CMG) | | None | J | T | Buy | 01/22/18 | J | | |
| 40. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 41. COCA COLA BOTTLERS JAPAN (CCOJY) (X) (Y) | | | | | | | | | |
| 42. CK HUTCHISON HLDGS LTD ADR (CKHUY) | | None | | | Sold | 01/23/18 | J | A | |
| 43. COCA COLA CO. (KO) | A | Dividend | J | T | | | | | |
| 44. COMCAST CORP CL A-SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 45. COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 46. COVESTRO AG (COVTY) (X) (Y) | | | | | | | | | |
| 47. CREE RESEARCH INC (CREE) (X) | | None | J | T | | | | | |
| 48. CVS HEALTH CORP COM (CVS) (Y) | | | | | | | | | |
| 49. DENTSPLY SIRONA INC (XRAY) (Y) | | | | | | | | | |
| 50. DIAGEO PLC -SPONSORED ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 51. DISCOVERY COMM SER A (DISCA) | | None | J | T | Buy | 01/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 53. EBAY INC. (EBAY) (Y) | | | | | | | | | |
| 54. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 55. EQUINIX INC (EQIX) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 56. ERSTE GROUP BANK AG SPONS ADR (EBKDY) | A | Dividend | J | T | Sold (part) | 12/19/18 | J | | |
| 57. FACEBOOK INC CL-A (FB) | | None | J | T | | | | | |
| 58. FANUC CORPORATION UNSP ADR (FANUY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 59. FERGUSON PLC SPONSORED ADR (FERGY) (Y) | | | | | | | | | |
| 60. FLUOR CORP NEW (FLR) | A | Dividend | | | Buy (add'l) | 01/22/18 | J | | |
| 61. | | | | | Sold | 12/19/18 | J | | |
| 62. FREEPORT-MCMORAN INC (FCX) | A | Dividend | J | T | | | | | |
| 63. GIVAUDAN SA ADR (GVDNY) | A | Dividend | J | T | | | | | |
| 64. HDFC BANK LTD (HDB) (X) | A | Dividend | J | T | | | | | |
| 65. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 66. HONEYWELL INTERNATIONAL INC (HON) | A | Dividend | J | T | | | | | |
| 67. HONG KONG EXCHANGES & CLEARING (HKXCY) | A | Dividend | J | T | | | | | |
| 68. HOYA CORP SPONS ADR (HOCPY) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ICON PLC SP ADR (ICLR) | | None | J | T | | | | | |
| 70. INDUSTRIA DE DISENO TEXTIL IND (IDEXY) (Y) | | | | | | | | | |
| 71. ING GROEP NV SPONS ADR (ING) (Y) | | | | | | | | | |
| 72. INTESA SANPAOLO S.P.A. ADR (ISNPY) (Y) | | | | | | | | | |
| 73. IHS MARKIT LTD (INFO) (X) | | None | J | T | | | | | |
| 74. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 75. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 76. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | | | | | |
| 77. KAO CORP SPONS ADR (KCRPY) | A | Dividend | J | T | | | | | |
| 78. KBC GROUP NV UNSPONS ADR (KBCSY) | A | Dividend | J | T | | | | | |
| 79. L'OREAL CO ADR (LRLCY) (X) | | None | J | T | | | | | |
| 80. L 3 TECHNOLOGIES INC. (LLL) | A | Dividend | J | T | | | | | |
| 81. LEGRAND SA (LGRDY) (X) | | None | | | Sold | 12/19/18 | J | | |
| 82. LINDE PLC (LIN) (FORMERLY PRAXAIR INC (PX)) | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |
| 83. | | | | | Sold | 12/19/18 | J | | |
| 84. LONDON STK EXCHANGE GROUP ADR (LNSTY) | A | Dividend | J | T | | | | | |
| 85. LVMH MOET HENNESSY (LVMUY) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MC CORMICK AND CO NON VOTING (MKC) | A | Dividend | J | T | | | | | |
| 87. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 88. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK (MTD) | | None | J | T | | | | | |
| 89. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 90. MONSANTO CO (MON) (Y) | | | | | | | | | |
| 91. NATIONAL OILWELL VARCO (NOV) (Y) | | | | | Buy | 01/22/18 | J | | |
| 92. NESTLE SA SPONSORED ADR REPSTG REG SH (NSRGY) | A | Dividend | J | T | | | | | |
| 93. NIDEC CORP (NJDCY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 94. NOVO NORDISK A S ADR (NVO) | A | Dividend | J | T | | | | | |
| 95. NOW INC (DNOW) (X) (Y) | | | | | | | | | |
| 96. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 97. NUTANIX INC CL A (NTNX) (X) | | None | J | T | | | | | |
| 98. ORACLE CORP (ORCL) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 99. ORIX CORP SPONS ADR (IX) | A | Dividend | J | T | | | | | |
| 100. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 101. PAYPAL HLDGS INC COM (PYPL) | | None | J | T | | | | | |
| 102. PENTAIR PLC (PNR) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PING AN INSURANCE (PNGAY) (X) | A | Distribution | | | Sold | 12/19/18 | J | | |
| 104. PIONEER NATURAL RESOURCES (PXD) | A | Distribution | | | Buy | 01/22/18 | J | | |
| 105. | | | | | Sold | 12/19/18 | J | | |
| 106. QUALCOMM INC (QCOM) (X) | A | Dividend | J | T | | | | | |
| 107. QURATE RETAIL (QRTEA) (FORMERLY LIBERTY INTERACTIVE CORP QVC A (QVCA)) | | None | J | T | | | | | |
| 108. RECKITT BENCKISER PLC SPON ADR (RBGLY) | A | Dividend | | | Sold | 11/28/18 | J | | |
| 109. RED HAT INC (RHT) | | None | J | T | | | | | |
| 110. REGENERON PHARM (REGN) | | None | J | T | | | | | |
| 111. RENTOKIL GROUP PLC SP ADR (RTOKY) | A | Dividend | J | T | | | | | |
| 112. ROCKWELL COLLINS INC (COL) (Y) | | | | | | | | | |
| 113. RYANAIR HLDGS PLC ADR (RYAAY) (Y) | | | | | | | | | |
| 114. SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 115. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Buy | 01/22/18 | J | | |
| 116. | | | | | Sold | 12/19/18 | J | | |
| 117. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 118. SHIMANO INC (SMNNY) (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | | | | | |
| 120. SOCIEDAD QUIMICA Y MINERA (SQM) (X) (Y) | | | | | | | | | |
| 121. SPLUNK INC (SPLK) | | None | J | T | | | | | |
| 122. SUNCOR ENERGY INC NEW COM (SU) | A | Dividend | J | T | | | | | |
| 123. TE CONNECTIVITY LTD NEW (TEL) | A | Dividend | J | T | | | | | |
| 124. TELEPERFORMANCE SA (TLPFY) (X) | | None | | | Sold | 12/19/18 | J | | |
| 125. TEMENOS GROUP AG SPON ADR (TMSNY) | A | Dividend | J | T | | | | | |
| 126. TENCENT HLDGS LTD UNSPON ADR (TCEHY) (Y) | | | | | | | | | |
| 127. TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 128. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 129. TORONTO DOM BK NEW (TD) (Y) | | | | | | | | | |
| 130. TWITTER INC (TWTR) | | None | J | T | | | | | |
| 131. UMICORE SA ADR (UMICY) (Y) | | | | | | | | | |
| 132. UNITED PARCEL SERVICE CL B (UPS) | A | Dividend | J | T | | | | | |
| 133. UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | | | | | |
| 134. VALE SA (VALE) (X) (Y) | | | | | | | | | |
| 135. VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. VISA INC (V) | A | Dividend | J | T | | | | | |
| 137. VMWARE INC CLASS A (VMW) | A | Dividend | J | T | | | | | |
| 138. WW GRAINGER (GWW) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 139. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 140. WEATHERFORD INTL (WFT) (Y) | | | | | Buy | 01/22/18 | J | | |
| 141. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 142. WESTERN DIGITAL CORP (WDC) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 143. YUM CHINA HOLDINGS (YUMC) | A | Dividend | J | T | | | | | |
| 144. ZOETIS INC CLASS-A (ZTS) | A | Dividend | J | T | | | | | |
| 145. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | J | T | Sold | 01/22/18 | J | A | |
| 146. | | | | | Buy | 12/19/18 | J | | |
| 147. ISHARES MSCI EAFE ETF (EFA) | | None | K | T | Buy | 12/19/18 | K | | |
| 148. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | K | T | Sold | 01/22/18 | J | A | |
| 149. | | | | | Buy | 12/19/18 | K | | |
| 150. VANGUARD FTSE DEVELOPED MKTS E (VEA) | | None | | | Sold | 01/22/18 | J | A | |
| 151. ACCOUNT # 2 (H) | | | | | | | | | |
| 152. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL (BGSIX) | | None | J | T | | | | | |
| 154.  ACCOUNT # 3 (H) | | | | | | | | | |
| 155.  MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 156.  IRA #1 (H) | | | | | | | | | |
| 157.  CERES TACTICAL SYSTEMATIC LP | | None | K | T | | | | | |
| 158.  IRA #2 (H) | | | | | | | | | |
| 159.  GOLDMAN SACHS SM CAP VAL A (GSSMX) | A | Dividend | J | T | | | | | |
| 160.  IRA #3 (H) | | | | | | | | | |
| 161.  BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | B | Dividend | J | T | | | | | |
| 162.  IRA #4 (H) | | | | | | | | | |
| 163.  BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 164.  NY's COLLEGE SAVINGS PROGRAM #1 (H) | | | | | | | | | |
| 165.  VALUE STOCK INDEX PORTFOLIO | | None | M | T | Sold (part) | 05/01/18 | J | A | |
| 166. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 167. | | | | | Sold (part) | 06/29/18 | M | | |
| 168. | | | | | Sold (part) | 07/24/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Sold (part) | 11/20/18 | J | A | |
| 170. CONSERVATIVE GROWTH PORTFOLIO | None | | M | T | Buy | 06/29/18 | M | | |
| 171. | | | | | Sold (part) | 07/24/18 | J | A | |
| 172. | | | | | Sold (part) | 11/20/18 | J | A | |
| 173. NY'S COLLEGE SAVINGS PROGRAM #2 (H) | | | | | | | | | |
| 174. VALUE STOCK INDEX PORTFOLIO | None | | M | T | Buy (add'l) | 06/20/18 | K | | |
| 175. | | | | | Sold (part) | 06/29/18 | M | | |
| 176. | | | | | Sold (part) | 07/24/18 | J | A | |
| 177. | | | | | Sold (part) | 11/20/18 | J | A | |
| 178. CONSERVATIVE GROWTH PORTFOLIO | None | | M | T | Buy | 06/29/18 | M | | |
| 179. | | | | | Sold (part) | 07/24/18 | J | A | |
| 180. | | | | | Sold (part) | 11/20/18 | J | A | |
| 181. DEFERRED COMPENSATION (H) | | | | | | | | | |
| 182. FIDELITY LARGE CAP STOCK FUND | None | | J | T | | | | | |
| 183. VT FIDELITY CONTRAFUND | None | | J | T | | | | | |
| 184. LAZARD INTERNATIONAL STRATEGIC EQUITY | None | | | | Sold | 02/16/18 | J | | |
| 185. OAKMARK INTERNATIONAL INSTITUTIONAL | None | | J | T | Buy | 02/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. IRA #5 (H) | | | | | | | | | |
| 187. MORGAN STANLEY BANK NA (X) (Y) | | | | | | | | | |
| 188. ISHARES SILVER TRUST EQUITY (SLV) | | None | | | Sold | 07/02/18 | J | | |
| 189. SPDR GOLD TR GOLD (GLD) | | None | | | Sold | 07/02/18 | J | | |
| 190. VANECK VECTORS GOLD MINERS E (GDX) | A | Dividend | | | Sold | 07/02/18 | J | | |
| 191. BLACKROCK GLOBAL ALLOCATION (MCLOX) | B | Dividend | | | Sold | 07/02/18 | K | | |
| 192. COHEN & STEERS INTL REALTY FUND A (IRFAX) | A | Dividend | J | T | | | | | |
| 193. COHEN & STEERS INTL REALTY FD C (IRFCX) | A | Dividend | K | T | | | | | |
| 194. LOCORR MARKET TREND A (LOTAX) | | None | | | Sold | 07/02/18 | K | | |
| 195. GOLDMAN SACHS SM CAP VAL A (GSSMX) (Y) | | | | | | | | | |
| 196. ACCOUNT # 4 (H) | | | | | | | | | |
| 197. MORGAN STANLEY BANK, N.A. | A | Interest | K | T | | | | | |
| 198. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 199. ADECCO SA UNSPON ADR (AHEXY) (Y) | | | | | | | | | |
| 200. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 201. AES CORP (AES) | A | Dividend | J | T | | | | | |
| 202. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. AKZO NOBEL (AKZOY) (Y) | | | | | | | | | |
| 204. ALEXION PHARM INC (ALXN) | | None | | | Sold (part) | 12/19/18 | J | | |
| 205. | | | | | Sold | 12/19/18 | J | | |
| 206. ALIBABA GROUP (BABA) (X) (Y) | | | | | | | | | |
| 207. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 208. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 209. | | | | | Sold (part) | 12/19/18 | J | | |
| 210. ALLISON TRANSMN HLDGS INC (ALSN) | A | Dividend | J | T | | | | | |
| 211. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 212. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 213. AMAZON (AMZN) | | None | J | T | Sold (part) | 01/23/18 | J | B | |
| 214. AMERICAN INTL GROUP (AIG) | A | Dividend | | | Buy | 02/06/18 | J | | |
| 215. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 216. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 217. | | | | | Sold | 12/19/18 | J | | |
| 218. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | | | | | |
| 219. AMERICAN HOMES 4 RENT (AMH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. AMERIPRISE FINCL INC (AMP) (Y) | | | | | | | | | |
| 221. ANADARKO PETROLEUM CORP (APC) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 222. ANHEUSER-BUSCH (BUD) (Y) | | | | | | | | | |
| 223. AP MOLLAR-MAERSK A/S ADR (AMKBY) (Y) | | | | | | | | | |
| 224. APACHE CORP (APA) | A | Dividend | | | Buy | 01/22/18 | J | | |
| 225. | | | | | Sold | 12/19/18 | J | | |
| 226. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 227. APPLIED MATERIALS INC DELWARE (AMAT) (Y) | | | | | | | | | |
| 228. AUTODESK INC. (ADSK) | | None | J | T | | | | | |
| 229. AUTOZONE INC (AZO) | | None | J | T | | | | | |
| 230. AXA ADS (AXAHY) | A | Dividend | J | T | | | | | |
| 231. BANCO SANTANDER S.A. (SAN) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 232. BANK OZK (OZK) (FORMERLY BANK OF THE OZARKS (OZRK)) (Y) | | | | | Buy | 01/22/18 | J | | |
| 233. BASF SE SP ADR (BASFY) (Y) | | | | | | | | | |
| 234. BAYER AG SPONSORED ADR (BAYRY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 235. BIOGEN INC COM (BIIB) | | None | J | T | Buy (add'l) | 05/02/18 | J | | |
| 236. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. BNP PARIBAS SP ADR REPSTG (BNPQY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 238. BOEING CO. (BA) | A | Dividend | J | T | | | | | |
| 239. BP PLC ADS (BP) | A | Dividend | J | T | | | | | |
| 240. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 241. BROADCOM CORP CL A (AVGO) | A | Dividend | J | T | | | | | |
| 242. CATERPILLAR INC (CAT) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 243. CABOT OIL & GAS CORP A (COG) (Y) | | | | | | | | | |
| 244. CBS CORP NEW CL B SHRS (CBS) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 245. CELGENE CORP (CELG) | | None | J | T | | | | | |
| 246. CEMEX SAB DE CV (CX) (Y) | | | | | | | | | |
| 247. CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 248. CHINA CONSTRUCTION BANK CORP (CICHY) (Y) | | | | | | | | | |
| 249. CHIPOTLE MEXICAN GRILL (CMG) (X) | | None | J | T | | | | | |
| 250. CISCO SYS INC (CSCO) | A | Dividend | J | T | | | | | |
| 251. CITIGROUP INC NEW (C) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | | |
| 252. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 253. CNX RESOURCE CORP (CNX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. COCA-COLA CO. (KO) | A | Dividend | J | T | | | | | |
| 255. COMCAST CORP CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 256. CONTL AG SPONS ADR (CTTAY) (Y) | | | | | | | | | |
| 257. COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 258. CREE RESEARCH INC (CREE) (X) | A | Dividend | J | T | | | | | |
| 259. CREDIT SUISSE GROUP (CS) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 260. CVS HEALTH CORP COM (CVS) (Y) | | | | | | | | | |
| 261. DANONE SPONSORED ADR (DANOY) (Y) | | | | | | | | | |
| 262. DENTSPLY SIRONA INC (XRAY) (Y) | | | | | | | | | |
| 263. DEVON ENERGY CORP NEW (DVN) | A | Dividend | | | Buy (add'l) | 01/22/18 | J | | |
| 264. | | | | | Sold | 12/19/18 | J | | |
| 265. DIAGEO PLC SPON ADR NEW (DEO) (Y) | | | | | | | | | |
| 266. DISCOVER FINCL SVCS (DFS) | A | Dividend | J | T | | | | | |
| 267. DISCOVERY COMMUNICATIONS SER A (DISCA) (Y) | | | | | Buy | 01/22/18 | J | | |
| 268. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 269. DOWDUPONT INC (DWDP) | A | Dividend | J | T | | | | | |
| 270. EBAY INC. (EBAY) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 272. ENCANA CORP (ECA) | A | Dividend | | | Buy | 01/29/18 | J | | |
| 273. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 274. | | | | | Sold | 12/19/18 | J | | |
| 275. EQUINIX INC (EQIX) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 276. EXELON CORP (EXC) | A | Dividend | J | T | | | | | |
| 277. FACEBOOK INC (FB) | | None | J | T | | | | | |
| 278. FAIRFAX FIN HLDG SUB VTG (FRFHF) (Y) | | | | | | | | | |
| 279. FIRST AMERICAN FINL CORP (FAF) (X) (Y) | | | | | | | | | |
| 280. FLUOR CORP NEW (FLR) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 281. FOOT LOCKER (FL) (X) (Y) | | | | | | | | | |
| 282. FREEPORT-MCMORAN INC (FCX) | | None | J | T | | | | | |
| 283. G4S PLC UNSPONS ADR (GFSZY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 284. GATX CORP (GATX) | A | Dividend | J | T | | | | | |
| 285. GENTEX CORP (GNTX) | A | Dividend | J | T | | | | | |
| 286. GREEK ORGANISATION OF FOOTBALL (GOFPY) (Y) | | | | | | | | | |
| 287. HALLIBURTON CO HOLDINGS CO (HAL) | A | Dividend | | | Sold | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. HANESBRANDS INC (HBI) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 289. HENGAN INTL GROUP CO LTD ADR (HEGIY) (Y) | | | | | | | | | |
| 290. HITACHI 10 COM NEW ADR (HTHIY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 291. HOME DEPOT INC. (HD) | A | Dividend | J | T | | | | | |
| 292. HONDA MOTOR COMPANY LTD ADR (HMC) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 293. HONEYWELL INTL INC (HON) | A | Dividend | J | T | | | | | |
| 294. HOYA CORP (HOCPY) | A | Dividend | J | T | | | | | |
| 295. HSBC HOLDINGS PLC SPON ADR NEW (HSBC) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 296. HYPERMARCAS S A SPONSORED ADR (HYPMY) (Y) | | | | | | | | | |
| 297. IHS MARKIT LTD (INFO) (X) | | None | J | T | | | | | |
| 298. INCITEC PIVOT LIMITED ADR (INCZY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 299. INDRA SISTEMAS SA FGN ORD ADR (ISNAY) (Y) | | | | | | | | | |
| 300. INFOSYS LIMITED (INFY) (X) | A | Dividend | J | T | | | | | |
| 301. INTESA SANPAOLO ADR (ISNPY) | | None | | | Buy | 09/20/18 | J | | |
| 302. | | | | | Sold | 12/19/18 | J | | |
| 303. INVESCO LTD (IVZ) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 304. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305.  ITAU UNIBANCO MULTIPLE ADR (ITUB) | A | Dividend | J | T | | | | | |
| 306.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 307.  JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 308. | | | | | Sold (part) | 12/19/18 | J | | |
| 309.  KEYCORP - NEW (KEY) | A | Dividend | J | T | | | | | |
| 310.  KINDER MORGAN INCORP (KMI) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 311.  KLA-TENCOR CORP (KLAC) (Y) | | | | | | | | | |
| 312.  KROGER CO (KR) (Y) | | | | | Buy | 01/22/18 | J | | |
| 313.  KT CORP SPON ADR (KT) (Y) | | | | | | | | | |
| 314.  L 3 TECHNOLOGIES INC. (LLL) | A | Dividend | J | T | | | | | |
| 315.  LIBERTY MEDIA C SER C SIRIUSXM (LSXMK) | | None | J | T | | | | | |
| 316.  LINDE PLC (LIN) (FORMERLY PRAXAIR (PX)) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 317.  MC CORMICK AND CO NON VOTING (MKC) | A | Dividend | J | T | | | | | |
| 318.  MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 319.  MERCK & CO INC. (MRK) | A | Dividend | J | T | | | | | |
| 320.  METLIFE INCORPORATED (MET) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 321.  MGIC INVT CORP (MTG) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. MICROSOFT (MFST) | A | Dividend | J | T | Sold (part) | 01/10/18 | J | | |
| 323. MONSANTO CO (MON) (Y) | | | | | | | | | |
| 324. MURPHY USA INC COM (MUSA) | | None | J | T | | | | | |
| 325. MYLAN N V (MYL) | | None | | | Sold | 12/19/18 | J | | |
| 326. NATIONAL OILWELL VARCO INC (NOV) (X) (Y) | | | | | | | | | |
| 327. NETAPP INC COM (NTAP) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 328. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 329. NSK LTD SPONSORED ADR (NPSKY) (Y) | | | | | | | | | |
| 330. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 331. NUTANIX INC CL A (NTNX) (X) | | None | J | T | | | | | |
| 332. NUTRIEN LTD (NTR) (X) | | None | | | Sold | 12/19/18 | J | | |
| 333. ONEMAIN HLDGS INC (OMF) | | None | J | T | | | | | |
| 334. ORACLE CORP (ORCL) | A | Dividend | J | T | Buy (add'l) | 03/20/18 | J | | |
| 335. | | | | | Sold (part) | 12/19/18 | J | | |
| 336. | | | | | Sold (part) | 12/19/18 | J | | |
| 337. OWENS CORNING (OC) (X) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 338. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. PAYPAL HLDGS INC COM (PYPL) | | None | J | T | | | | | |
| 340. PEBBLEBROOK HOTEL TRUST (PEB) | A | Dividend | J | T | | | | | |
| 341. PENTAIR PLC (PNR) (Y) | | | | | | | | | |
| 342. PIONEER NATURAL RESOURCES (PXD) | A | Dividend | | | Buy | 01/22/18 | J | | |
| 343. | | | | | Sold | 12/19/18 | J | | |
| 344. POSCO ADS (PKX) (Y) | | | | | | | | | |
| 345. PRADA SPA (PRDSY) (X) (Y) | | | | | | | | | |
| 346. QUALCOMM INC (QCOM) (X) | A | Dividend | J | T | | | | | |
| 347. QURATE RETAIL (QRTEA) (FORMERLY LIBERTY INTERACTIVE CORP QVC A (QVCA)) | | None | J | T | | | | | |
| 348. REALOGY HOLDINGS CORP (RLGY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 349. RED HAT INC (RHT) | | None | J | T | | | | | |
| 350. REGENERON PHARM (REGN) | | None | J | T | | | | | |
| 351. REGIONS FINANCIAL CORP (RF) (Y) | | | | | | | | | |
| 352. RIO TINTO PLC SPON ADR (RIO) | A | Dividend | J | T | | | | | |
| 353. ROCHE HOLDINGS (RHHBY) (X) | | None | J | T | | | | | |
| 354. ROCKWELL COLLINS INC (COL) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 355. ROYAL BK SCOTLAND GROUP SP ADR (RBS) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 356. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | | | | | |
| 357. SANDERSON FARMS (SAFM) | | None | J | T | Buy | 10/12/18 | J | | |
| 358. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Buy | 01/22/18 | J | | |
| 359. | | | | | Sold | 12/19/18 | J | | |
| 360. SCHNEIDER ELEC SA UNSP ADR (SBGSY) (Y) | | | | | | | | | |
| 361. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 362. SENSATA TECHNOLOGIES (ST) | | None | J | T | | | | | |
| 363. SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 364. SIGNET JEWELERS LIMITED (SIG) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 365. SONY CORP (SNE) (X) (Y) | | | | | | | | | |
| 366. SPLUNK INC (SPLK) | | None | J | T | | | | | |
| 367. SPROUTS FARMERS MARKET INC (SFM) (X) (Y) | | | | | Buy (add'l) | 02/09/18 | J | | |
| 368. | | | | | Sold (part) | 12/19/18 | J | | |
| 369. STANDARD LIFE PLC ADR REPSTG 4 (SLFPY) (Y) | | | | | | | | | |
| 370. STANLEY BLACK & DECKER INC (SWK) | A | Dividend | J | T | | | | | |
| 371. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | | | Sold | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |
| 373. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | Sold (part) | 12/19/18 | J | | |
| 374. TE CONNECTIVITY LTD-CHF (TEL) | A | Dividend | J | T | | | | | |
| 375. TERADYNE INC (TER) | A | Dividend | | | Sold (part) | 01/16/18 | J | B | |
| 376. | | | | | Sold | 01/17/18 | J | A | |
| 377. TEVA PHARMACEUTICALS (TEVA) (X) (Y) | | | | | | | | | |
| 378. TEXAS INSTRUMENTS INC. (TXN) | A | Dividend | J | T | | | | | |
| 379. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 380. TOTAL S A SPON ADR (TOT) | A | Dividend | J | T | | | | | |
| 381. TRANSDIGM GROUP INC (TDG) | | None | | | Sold | 11/20/18 | J | A | |
| 382. TWITTER INC (TWTR) | | None | J | T | | | | | |
| 383. US BANCORP (USB) (X) | A | Dividend | | | Buy (add'l) | 04/20/18 | J | | |
| 384. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 385. | | | | | Sold | 12/19/18 | J | | |
| 386. UBS GROUP AG SHS (UBS) (Y) | | | | | | | | | |
| 387. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |
| 388. UNITED PARCEL SERVICE (UPS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389. UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | |
| 390. VERIZON COMM (VZ) | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 391. VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |
| 392. VISA INC COM (V) | A | Dividend | J | T | Sold (part) | 11/16/18 | J | B | |
| 393. VMWARE INC CLASS A (VMW) (Y) | | | | | | | | | |
| 394. VODAFONE GROUP (VOD) (X) | | None | J | T | | | | | |
| 395. VOYA FINL INC (VOYA) | A | Dividend | J | T | | | | | |
| 396. W W GRAINGER INC (GWW) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 397. WALT DISNEY CO. (DIS) | A | Dividend | J | T | | | | | |
| 398. WEATHERFORD INTERNATIONAL (WFT) (Y) | | | | | Buy | 01/23/18 | J | | |
| 399. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 400. WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 401. | | | | | Sold (part) | 12/19/18 | J | | |
| 402. WESTERN DIGITAL CORPORATION (WDC) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 403. WEYERHAEUSER CO. COMMON STOCK (WY) (Y) | | | | | | | | | |
| 404. WHITBREAD PLC (WTBDY) (X) (Y) | | | | | | | | | |
| 405. WIENERBERGER AG SPON ADR (WBRBY) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. WPP PLC SPON NEW ADR (WPP) | A | Dividend | | | Sold | 08/03/18 | J | | |
| 407. XL GROUP LTD (XL) (Y) | | | | | | | | | |
| 408. YUM CHINA HLDNGS (YUMC) | A | Dividend | J | T | | | | | |
| 409. ZOETIS INC CLASS A (ZTS) | A | Dividend | J | T | | | | | |
| 410. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | J | T | Sold | 01/22/18 | J | A | |
| 411. | | | | | Buy | 12/19/18 | J | | |
| 412. ISHARES CORE RUSSELL US VA ETF (IUSV) | | None | K | T | Sold | 01/22/18 | K | A | |
| 413. | | | | | Buy | 12/19/18 | K | | |
| 414. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | J | T | Sold | 01/22/18 | J | A | |
| 415. | | | | | Buy | 12/19/18 | J | | |
| 416. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | K | T | Sold | 01/22/18 | J | A | |
| 417. | | | | | Buy | 12/19/18 | K | | |
| 418. NEW YORK & NEW JERSEY PORT AUTH SER-179 (73358WQH0) | B | Interest | | | Redeemed | 12/03/18 | J | | |
| 419. NYS URB DEV CORP SER CONTR REV REF EMP ST (650035UM8) | | None | J | T | Buy | 07/02/18 | J | | |
| 420. NEW YORK ST URBAN DEV CORP INCOME TAX REV-B-1 (6500355H7) | A | Interest | J | T | | | | | |
| 421. NEW YORK ST THRUWAY AUTH GEN REV JR (650010AD3) | A | Interest | | | Sold | 06/11/18 | K | A | |
| 422. NEW YORK ST DORM AUTH 3RD GENL (64990HMG2) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. ERIE CNTY NY FISCAL STABILITY AUTH (29508RGJ9) | A | Interest | K | T | | | | | |
| 424. ONONDAGA CNTY N Y TR CULTURAL RES REV (68276FAK6) | B | Interest | K | T | | | | | |
| 425. ROCHESTER NY GENL OBLIG SER-I (771694LV6) | A | Interest | | | Sold | 08/22/18 | J | | |
| 426. METROPOLITAN TRANSPORTATION AUTHORITY REV-E (59259YN54) | A | Interest | K | T | | | | | |
| 427. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A (871702U53) | A | Interest | K | T | | | | | |
| 428. SUFFOLK CNTY NY GENL OBLIG REF SER-B (86476PPN2) | A | Interest | J | T | | | | | |
| 429. LONG ISLAND PWR AUTH N Y ELEC SYS REV-B (5426907W6) | A | Interest | J | T | | | | | |
| 430. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN (89602NZE7) | A | Interest | K | T | | | | | |
| 431. ROCKLAND CNTY NY SOLID WASTE MGMT AUGH GENL OB REF-A (773562EN9) | A | Interest | J | T | Buy | 08/22/18 | J | | |
| 432. BUFFALO NY GENL OBLIG REF-A (119677MP4) | A | Interest | J | T | | | | | |
| 433. ROCKLAND CNTY NY GENL OBLIG REF (77355PVK6) | A | Interest | J | T | | | | | |
| 434. NEW YORK ST DORM AUTH REVS NON ST SUPPOR REV-A (64990CUX7) | A | Interest | J | T | Buy | 01/03/18 | J | | |
| 435. NASSAU CNTY N Y FOR ISSUES DTD PRIOR TO (63165TWF8) | A | Interest | J | T | | | | | |
| 436. NEW YORK NY CITY MUN WTR FIN AUTH WTR (64972GRP1) | A | Interest | J | T | Buy | 06/13/18 | J | | |
| 437. ST OF NEW YORK AUTH UNIV REV-A (64990CEG2) | | None | J | T | Buy | 12/06/18 | J | | |
| 438. WESTCHESTER CNTY N Y GENL OBLIG SER-B (95736UR89) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 42

**Name of Person Reporting**

SIRAGUSA, CHARLES J.

**Date of Report**

03/11/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 439. HUDSON YDS INFRASTRUCTURE CORP N Y SECOND INDENTURE REV-A (44420RAK6) | A | Interest | J | T | | | | | |
| 440. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B (958792DR1) | A | Interest | J | T | | | | | |
| 441. NEW YORK ST ENVIRONMTL FACS CORP CLEAN WTR (64986DDH5) | A | Interest | J | T | Buy | 02/09/18 | J | | |
| 442. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-A (64990BT29) | A | Interest | J | T | | | | | |
| 443. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-B (64990BUN1) | A | Interest | K | T | | | | | |
| 444. LONG IS PWR AUTH NY ELEC SYS REV (542691AF7) | | None | J | T | Buy | 09/20/18 | J | | |
| 445. TRIBOROUGH BRIDGE TUNNEL AUTH GENL REV-A (89602N5D2) | A | Interest | J | T | | | | | |
| 446. NEW YORK N Y CITY TR CULTURAL RES REV-A (649717UE3) | B | Interest | K | T | | | | | |
| 447. ACCOUNT # 5 (H) | | | | | | | | | |
| 448. MORGAN STANLEY BANK, N.A. | A | Interest | L | T | | | | | |
| 449. DELAWARE LIFE NY SUN UL PROTECTOR (whole life) | | None | M | T | | | | | |
| 450. IRA # 6 (H) | | | | | | | | | |
| 451. MORGAN STANLEY BANK N.A. (Y) | | | | | | | | | |
| 452. AQR EQ MARKET NEUTRAL INST (QMNIX) | A | Dividend | M | T | Buy (add'l) | 07/05/18 | K | | |
| 453. AQR MANAGED FUTURES STATEGY 1 (AQMIX) | | None | K | T | | | | | |
| 454. GOLDMAN SACHS SM CAP VAL A (GSSMX) (X) | | None | | | Buy (add'l) | 07/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 455. | | | | | Sold | 07/09/18 | L | | |
| 456. GOLDMAN SACHS SM CAP VAL 1 (GSSIX) | D | Dividend | L | T | Buy | 07/09/18 | L | | |
| 457. LORD ABBETT FLT RT F (LFRFX) | B | Dividend | K | T | Buy | 07/05/18 | K | | |
| 458. IRA #7 (H) | | | | | | | | | |
| 459. MORGAN STANLEY BANK N.A. (CASH) | A | Dividend | J | T | | | | | |
| 460. ABB LTD (ABB) (X) (Y) | | | | | | | | | |
| 461. ABNAMRO GROUP (ABNRY) (X) (Y) | | | | | | | | | |
| 462. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 463. ADVANCED DISPOSAL SERVICES (ADSW) (X) | | None | J | T | | | | | |
| 464. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | | | | | |
| 465. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 466. ALTRA HLDGS INC (AIMC) | A | Dividend | J | T | | | | | |
| 467. AMER INTL GP INC NEW (AIG) | A | Dividend | J | T | Buy (add'l) | 10/29/18 | J | | |
| 468. AMERICAN EXPRESS CO (AXP) | A | Dividend | | | Sold | 10/17/18 | J | B | |
| 469. AMN HEALTHCARE SVCS INC (AMN) (Y) | | | | | | | | | |
| 470. ANHEUSER BUSCH INBEV SA SPON (BUD) | A | Dividend | J | T | | | | | |
| 471. AON PLC SHS CL-A (AON) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 42

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

03/11/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 472. ASHTEAD GROUP PLC ADR (ASHTY) (Y) | | | | | | | | | |
| 473. ASSA ABLOY AB UNSP ADR (ASAZY) | | None | J | T | | | | | |
| 474. AXALTA COATING SYSTEMS LTD. (AXTA) | | None | J | T | | | | | |
| 475. BANCORPSOUTH INC (BXS) | A | Dividend | J | T | | | | | |
| 476. BB SEGURIDADE PARTICIPACOES (BBSEY) (Y) | | | | | | | | | |
| 477. BERKLEY W R CORP (WRB) | A | Dividend | J | T | | | | | |
| 478. BERKSHIRE HATHAWAY CL-B NEW (BRK'B) | | None | J | T | | | | | |
| 479. BHP BILLITON LTD (BHP) | A | Dividend | J | T | | | | | |
| 480. BLACK KNIGHT INC (BKI) | | None | J | T | | | | | |
| 481. BMC STK HLDGS INC (BMCH) (Y) | | | | | | | | | |
| 482. BRITISH AMER TOB SPON ADR (BTI) (Y) | | | | | | | | | |
| 483. BROOKFIELD ASSET MGMT CL A LTD (BAM) | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 484. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 485. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 486. BROOKS AUTOMATION INC (BRKS) (X) | A | Dividend | J | T | | | | | |
| 487. CANADIAN NATL RAILWAY CO (CNI) (Y) | | | | | | | | | |
| 488. CARLSBERG AS (CABGY) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 489. CIELO SA SPONSORED ADR NEW (CIOXY) (Y) | | | | | | | | | |
| 490. COLUMBIA SPORTSWEAR CO (COLM) (Y) | | | | | | | | | |
| 491. COMPAGNIE FIN RICHEMONTAG ADR (CFRUY) | A | Dividend | J | T | | | | | |
| 492. COMPASS GROUP PLC SPD ADR (CMPGY) | A | Dividend | J | T | | | | | |
| 493. CONTL AG SPONS ADR (CTTAY) (Y) | | | | | | | | | |
| 494. CVB FINCL CP (CVBF) | A | Dividend | J | T | | | | | |
| 495. DAIWA HOUSE IND LTD ADR (DWAHY) | A | Dividend | J | T | | | | | |
| 496. DANA INCORPORATED (DAN) (Y) | | | | | | | | | |
| 497. DBS GROUP HOLDINGS LTD SP (DBSDY) | A | Dividend | J | T | | | | | |
| 498. DIAGEO PLC SPON ADR NEW (DEO) | A | Dividend | J | T | Buy (add'l) | 03/01/18 | J | | |
| 499. DISCOVERY COMMUNICATIONS SER C (DISCK) | | None | | | Sold (part) | 09/06/18 | J | A | |
| 500. | | | | | Sold | 09/07/18 | J | A | |
| 501. EQUINOR ASA (EQNR) (FORMERLY STATOIL ASA ADR (STO)) | A | Dividend | J | T | | | | | |
| 502. FASTENAL CO (FAST) | A | Dividend | J | T | | | | | |
| 503. FCB FINL HLDGS INC CL A (FCB) (Y) | | | | | | | | | |
| 504. FERGUSON PLC SPONSORED ADR (FERGY) | A | Dividend | J | T | | | | | |
| 505. FRESENIUS SE & CO (FSNUY) (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 42

**Name of Person Reporting**

SIRAGUSA, CHARLES J.

**Date of Report**

03/11/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 506. FULLER HB & CO (FUL) (X) (Y) | | | | | | | | | |
| 507. GLACIER BANCORP (GBCI) (X) | A | Dividend | J | T | | | | | |
| 508. HORACE MANN EDUCATORS CP (HMN) (Y) | | | | | | | | | |
| 509. IBERIA BK CORP (IBKC) | A | Dividend | J | T | | | | | |
| 510. ICICI BANK LTD (IBN) | A | Dividend | J | T | | | | | |
| 511. ICU MEDICAL INC (ICUI) (Y) | | | | | | | | | |
| 512. ILL TOOL WORKS INC (ITW) | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 513. INDEPENDENT BK MASS (INDB) | A | Dividend | J | T | | | | | |
| 514. INGEVITY CORP (NGVT) (Y) | | | | | | | | | |
| 515. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy (add'l) | 06/19/18 | J | | |
| 516. KASIKORNBANK PUB CO LTD UNSPON (KPCPY) (Y) | | | | | | | | | |
| 517. LA Z BOY INCORPORATED (LZB) | A | Dividend | J | T | | | | | |
| 518. LITTELFUSE INC (LFUS) (X) (Y) | | | | | | | | | |
| 519. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | | | | | |
| 520. M K S INSTRUMENTS (MKSI) (Y) | | | | | | | | | |
| 521. MAKITA CORPORATION LTD ADR NEW (MKTAY) | A | Dividend | J | T | | | | | |
| 522. MARKEL CORP (HOLDING CO) (MKL) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

03/11/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. MASTERCARD INC CL A (MA) | A | Dividend | J | T | | | | | |
| 524. MATADOR RES CO (MTDR) (Y) | | | | | | | | | |
| 525. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 526. MICHELIN COMPAGNIE GENERALE DE (MGDDY) (Y) | | | | | | | | | |
| 527. MINERALS TECHNOLOGY INC (MTX) (Y) | | | | | | | | | |
| 528. MR PRICE GROUP LTD SPON ADR (MRPLY) (Y) | | | | | | | | | |
| 529. MURPHY USA INC (MUSA) (X) (Y) | | | | | | | | | |
| 530. NORDEA NK SWEDEN AB (PUBL) ADR (NRBAY) | A | Dividend | J | T | | | | | |
| 531. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 532. NXP SEMICONDUCTORS (NXPI) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 533. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 534. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 535. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 536. ORACLE CORP (ORCL) | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 537. PEBBLEBROOK HOTEL TR COM (PEB) | A | Dividend | J | T | | | | | |
| 538. PEPSICO INC NC (PEP) | A | Dividend | J | T | | | | | |
| 539. PHYSICIANS REALTY TRUST (DOC) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 540. PING AN INSURANCE ADR (PNGAY) (X) | A | Dividend | J | T | | | | | |
| 541. PRUDENTIAL PLC ADR (PUK) | A | Dividend | J | T | | | | | |
| 542. PT TELEKOMUNIKASI INDONESIA (TLK) (Y) | | | | | | | | | |
| 543. QTS RLTY TR INC COM CL A (QTS) | A | Dividend | J | T | | | | | |
| 544. RED ELECTRICA CORPORACION SA (RDEIY) | A | Dividend | J | T | | | | | |
| 545. RELX PLC SPONSORED ADR (RELX) | A | Dividend | J | T | | | | | |
| 546. ROGERS CORP (ROG) | A | Dividend | J | T | | | | | |
| 547. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | | | | | |
| 548. RYANAIR HLDGS PLC ADR (RYAAY) (Y) | | | | | | | | | |
| 549. RYOHIN KEIKAKU CO LTD ADR (RYKKY) | A | Dividend | J | T | | | | | |
| 550. SAFRAN SA (SAFRY) (X) | A | Dividend | J | T | | | | | |
| 551. SAMPO OYJ UNSPON ADR (SAXPY) | | None | J | T | | | | | |
| 552. SANLAM LTD ADR (SLLDY) | A | Dividend | J | T | | | | | |
| 553. SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 554. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 555. SELECTIVE INS GRP (SIGI) (X) | A | Dividend | J | T | | | | | |
| 556. SHIRE PLC ADR (SHPG) | A | Dividend | | | Sold | 12/17/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 557. SONY CORP ADR 1974 NEW (SNE) (Y) | | | | | | | | | |
| 558. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | | | | | |
| 559. STRYKER CORP (SYK) | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 560. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | | | | | |
| 561. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |
| 562. SYNNEX CORP (SNX) (X) | | None | J | T | | | | | |
| 563. TAIWAN SMCNDCTR MFG CO LTD ADR (TSM) | A | Dividend | J | T | | | | | |
| 564. TELENOR ASA ADS (TELNY) | A | Dividend | J | T | | | | | |
| 565. TENCENT HLDGS LTD UNSPON ADR (TCEHY) | A | Dividend | J | T | | | | | |
| 566. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 567. TJX COS INC NEW (TJX) | A | Dividend | J | T | Sold | 10/08/18 | J | B | |
| 568. | | | | | Buy | 12/06/18 | J | | |
| 569. TOKYO ELECTRON LTD UNSPON ADR (TOELY) (Y) | | | | | | | | | |
| 570. TURKCELL ILETISM HIZM AS NEW (TKC) (Y) | | | | | | | | | |
| 571. UBISOFT ENTMT SA UNSPON ADR (UBSFY) (X) | | None | J | T | | | | | |
| 572. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |
| 573. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 574. US ECOLOGY INC NEW (ECOL) | A | Dividend | J | T | | | | | |
| 575. VALEO SPONSORED ADR (VLEEY) (Y) | | | | | | | | | |
| 576. VINCI SA ADR (VCISY) | A | Dividend | J | T | | | | | |
| 577. VIVENDI SA UNSPON ADR (VIVHY) (X) | | None | J | T | | | | | |
| 578. WOLTERS KLUWER NV SPON ADR (WTKWY) | A | Dividend | J | T | | | | | |
| 579. WOLVERINE WORLD WIDE (WWW) | A | Dividend | J | T | | | | | |
| 580. YANDEX N.V. A (YNDX) (Y) | | | | | | | | | |
| 581. VOLKSWAGEN AG RP (VWAPY) (X) | | None | J | T | | | | | |
| 582. JP MORGAN CHASE & CO (46625HHS2) | A | Interest | J | T | Buy (add'l) | 01/18/18 | J | | |
| 583. VERIZON COMMUNICATIONS (92343VBR4) | A | Interest | J | T | | | | | |
| 584. BANK OF AMERICA CORP (06051GFB0) | A | Interest | J | T | | | | | |
| 585. GOLDMAN SACHS GROUP INC (38141GVM3) | A | Interest | J | T | | | | | |
| 586. BP CAPITAL MARKETS PLC (05565QDB1) | A | Interest | J | T | Sold (part) | 02/05/18 | J | | |
| 587. SHELL INTERNATIONAL FINANCE BV (822582BT8) | A | Interest | J | T | | | | | |
| 588. WELLS FARGO CO F XD (95000U2A0) | A | Interest | J | T | Buy (add'l) | 01/18/18 | J | | |
| 589. CITIGROUP INC 3.66 FXD TO 07/24/2027 FLTS THRFTR (172967LP4) | A | Interest | J | T | | | | | |
| 590. GENERAL ELECTRIC CAPITAL CORP (36962G3P7) | A | Interest | J | T | Buy (add'l) | 03/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 591.  MICROSOFT CORP (594918CA0) | A | Interest | J | T | | | | | |
| 592.  ENTERPRISE PRODUCTS OPER (29379VAV5) | A | Interest | | | Sold | 11/02/18 | J | | |
| 593.  ENTERPRISE PRODUCTS OPER (29379VBU6) | | None | J | T | Buy | 11/02/18 | J | | |
| 594.  UNITED STATES TREASURY NOTE (9128284Y3) | | None | K | T | Buy | 10/22/18 | J | | |
| 595.  UNITED STATES TREASURY BILL (912796QD4) | | None | | | Buy | 09/19/18 | J | | |
| 596. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 597. | | | | | Redeemed | 10/18/18 | K | A | |
| 598.  UNITED STATES TREASURY NOTE (912828F21) | A | Interest | J | T | Buy (add'l) | 04/12/18 | J | | |
| 599. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 600.  UNITED STATES TREASURY NOTE (9128283W8) | | None | J | T | Buy | 04/24/18 | J | | |
| 601.  UNITED STATES TREASURY NOTE- INFLATION INDEXED (912828UH1) | A | Interest | | | Buy (add'l) | 01/19/18 | J | | |
| 602. | | | | | Sold | 04/12/18 | J | | |
| 603.  UNITED STATES TREASURY BOND (912810RM2) | A | Interest | J | T | Buy (add'l) | 02/05/18 | J | | |
| 604.  UNITED STATES TREASURY BOND- INFLATION INDEXED (912810RR1) | A | Interest | | | Buy (add'l) | 02/27/18 | J | | |
| 605. | | | | | Sold | 04/24/18 | J | A | |
| 606.  UNITED STATES TREASURY BOND (912810RQ3) (X) | A | Interest | J | T | | | | | |
| 607.  FED NATL MTG ASSN (31359MGK3) | A | Interest | J | T | Buy (add'l) | 02/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 608. | | | | | Redeemed (part) | 09/18/18 | K | | |
| 609. FED HOME LN MTG CORP (3137EACA5) | A | Interest | | | Sold | 04/20/18 | J | | |
| 610. FHLMC 30YR GOLD | D | Interest | K | T | Buy (add'l) | 09/12/18 | J | | |
| 611. FEDERAL NATIONAL MTG ASSN POOL BM1285 (3140J5NB1) | C | Interest | J | T | | | | | |
| 612. FEDERAL NATIONAL MTG ASSN POOL MA3210 (31418CR89) | B | Interest | K | T | Buy (add'l) | 04/20/18 | J | | |
| 613. AQR STYLE PREMIA ALTERNATIVE I (QSPIX) | C | Dividend | M | T | Buy (add'l) | 10/29/18 | J | | |
| 614. WESTERN ASSET SMASH SERIES C (LMLCX) | B | Dividend | K | T | | | | | |
| 615. WESTERN ASSET SMASH SERIES EC (LMECX) | C | Dividend | L | T | | | | | |
| 616. WESTERN ASSET SMASH SERIES M (LMSMX) | C | Dividend | L | T | Buy (add'l) | 01/24/18 | J | | |
| 617. | | | | | Buy (add'l) | 02/02/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 91, 140, 232, 267, 312, 367, and 398: Following one or more reportable transactions, these assets became unreportable without corresponding reportable transactions.

Part VII, lines 603 and 607: See 2017, Part VII, lines 553 and 557, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544